```
United States Bankruptcy Court
Southern District of Iowa
```

In re:                                                                    Case No. 17-02207-lmj
Lynette M Pashia                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0863-4    User: auto              Page 1 of 1           Date Rcvd: Nov 21, 2019
                        Form ID: pdf007         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2019.
```
db             +Lynette M Pashia,    2615 59th,    Des Moines, IA 50322-5107
cr              Bank of America, N.A,    P.O. Box 10826,    Greenville, SC  29603-0826
802286484      +Bank of America, N.A.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
802271671       Mercy Medical Center,    1111 6th Ave,    Des Moines, IA 50314-2611
802268082      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,   Greenville, SC 29603-0826
802300415       US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
802268083      +Us Dept Ed,   Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: bnc-quantum@quantum3group.com Nov 22 2019 00:50:08
                 Quantum3 Group LLC as agent for,    Cahtolic Health Initiatives,    PO Box 788,
                 Kirkland, WA  98083-0788
802286483       E-mail/Text: bnc-quantum@quantum3group.com Nov 22 2019 00:50:08
                 Quantum3 Group LLC as agent for,    Catholic Health Initiatives,    PO Box 788,
                 Kirkland, WA  98083-0788
802268081      +E-mail/Text: bankruptcy@sccompanies.com Nov 22 2019 00:50:27      Seventh Avenue,
                 Seventh Avenue, Inc,    1112 7th Ave,    Monroe, WI 53566-1364
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Bank of America, N.A,    C/O ShellPoint Mortgage Servicing,    PO BOX 10826,
                 GREENVILLE, SC 29603-0826
cr*             US Department of Education,    P.O. Box 16448,    St. Paul, MN  55116-0448
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2019 at the address(es) listed below:
```
              Carol F Dunbar     ssteffen@iowachapter13.com,   mcdunbar@cfu.net;cdunbar13dm@ecf.epiqsystems.com
              Deanna R Bachman    on behalf of Trustee Carol F Dunbar dbachman@iowachapter13.com
              Samuel Z Marks    on behalf of Debtor Lynette M Pashia office@markslawdm.com,
               andreaskr49092@notify.bestcase.com
              United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
              Wendee N Elliott-Clement    on behalf of Creditor   Bank of America, N.A iabksdecf@southlaw.com,
               ksbkecf@ecf.courtdrive.com
                                                                                               TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

In the Matter of:

**Lynette M. Pashia,**                      Case No. **17–02207–lmj13**

                       Debtor(s)

November 20, 2019 Courtroom Hearing on:
**Trustee Motion to Dismiss (#82)**

| | |
|---|---|
| Court Reporter: | Sonya M. Wright – Susan Frye Court Reporting |
| Appearances: | Deanna R. Bachman, Attorney for Chapter 13 Trustee |
| | Samuel Z. Marks, Attorney for Debtor(s) |

**ORDER**
(date entered on docket: November 21, 2019)

**It is hereby ORDERED that:**

☒ The motion is granted and the case is dismissed. Today's record shall constitute the Court's findings and conclusions pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure. Service of this order on all parties in interest and the United States Trustee shall satisfy Rule 2002(f)(2) and (k) of the Federal Rules of Bankruptcy Procedure.

☐ The motion is granted and the case is dismissed. 11 U.S.C. section 109(g)(1), preventing debtor(s) from seeking relief under title 11 of the United States Code for 180 days, applies. Today's record shall constitute the Court's findings and conclusions pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure. Service of this order on all parties in interest and the United States Trustee shall satisfy Rule 2002(f)(2) and (k) of the Federal Rules of Bankruptcy Procedure.

☐ The motion is denied. Today's record shall constitute the Court's findings and conclusions pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure.

☐ The controversy is deemed moot because the trustee verbally withdrew the motion at the time of the hearing.

☐ The debtor(s) shall bring the arrearage in plan payments current by or the case shall be dismissed without further notice and hearing upon the trustee filing an affidavit of noncompliance.

☐ The debtor(s) shall file ☐ a notice of conversion or a ☐ modified plan / ☐ motion to modify plan after confirmation by or the case shall be dismissed without further notice and hearing upon the trustee filing an affidavit of noncompliance.

☐ The debtor(s) shall:
    ☐ provide the trustee with the requested ☐ income information ☐ expense information ☐ domestic support obligation information ☐ tax returns ☐ tax refunds by .
    ☐ file amended Schedule(s) by .
    ☐ file an objection to Proof of Claim by .

☐ The matter is continued for further hearing on at in Courtroom 2, U.S. Courthouse Annex, 110 East Court Avenue, Des Moines, Iowa.

☐ The parties shall submit a consent order by . The attorney for the debtor(s) shall prepare the order.

                                                 /s/ Lee M. Jackwig

                                                 U.S. BANKRUPTCY JUDGE

Parties receiving this order from the Clerk of Court:
Everyone in this Chapter Case