# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

In re: LYNETTE M PASHIA                                                                 Case No.: 17-02207-lmj13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

CAROL F. DUNBAR, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/17/2017.
2) The plan was confirmed on 04/17/2018.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 11/19/2018, 12/13/2018.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/20/2018, 05/14/2019, 06/19/2019, 08/21/2019, 11/20/2019.
5) The case was dismissed on 11/21/2019.
6) Number of months from filing or conversion to last payment: 20.
7) Number of months case was pending: 24.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 125,721.50.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $12,306.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $12,306.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,118.73 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $1,118.73 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MERCY MEDICAL CENTER | Unsecured | NA | 1,549.75 | 1,549.75 | .00 | .00 |
| QUANTUM3 GROUP | Unsecured | NA | .00 | .00 | .00 | .00 |
| QUANTUM3 GROUP | Unsecured | NA | .00 | .00 | .00 | .00 |
| QUANTUM3 GROUP | Unsecured | NA | .00 | .00 | .00 | .00 |
| QUANTUM3 GROUP | Unsecured | NA | 119.93 | 119.93 | .00 | .00 |
| QUANTUM3 GROUP | Unsecured | NA | .00 | .00 | .00 | .00 |
| SEVENTH AVENUE | Unsecured | 371.00 | NA | NA | .00 | .00 |
| SHELLPOINT MORTGAGE SERVICING | Secured | 250,995.00 | 252,510.75 | 11,187.27 | 11,187.27 | .00 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

In re: LYNETTE M PASHIA  Case No.: 17-02207-lmj13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | Unsecured | 32,985.00 | 33,127.25 | 33,127.25 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 11,187.27 | 11,187.27 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 11,187.27 | 11,187.27 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 34,796.93 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $1,118.73 |
| Disbursements to Creditors: | $11,187.27 |
| **TOTAL DISBURSEMENTS:** | $12,306.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 11/27/2019  By: /s/CAROL F. DUNBAR
  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing TRUSTEE'S FINAL REPORT was served upon the following parties at the addresses indicated:

| | |
|---|---|
| James L. Snyder<br>Acting United States Trustee<br>210 Walnut Street, Room 793<br>Des Moines, IA  50309 | Attorney At Law<br>4225 University Avenue<br>Des Moines, IA 50311 |
| Lynette M. Pashia<br>2615 59th<br>Des Moines, IA 50322 | SouthLaw, P.C.<br>Wendee Elliott-Clement<br>Lisa C. Billman<br>13160 Foster Suite 100<br>Overland Park, KS 66213 |
| Samuel Z. Marks | |

by electronic mail through the Court's CM/ECF system, or by enclosing the same in an envelope addressed to each such person with postage fully paid, and by depositing said envelope in the United States Postal Service depository in Des Moines, Iowa.  I declare under penalty of perjury that the foregoing is true and correct.

    DATED:  December 12, 2019

                                                      /s/ Jenni Elings